# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 497 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| KENNETH BENJAMIN BOTKE, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 498 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| KENNETH BENJAMIN BOTKE, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 499 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| KENNETH BENJAMIN BOTKE, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.